UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Guidant Sales Corporation, Cardiac
Pacemakers, Inc.,

       Plaintiffs,                   Civil No. 06-1478 (RHK/JSM)

vs.                           **DISQUALIFICATION AND**
                                       **ORDER FOR REASSIGNMENT**

Kevin Kolpon,

       Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  April 21, 2006

                                                            s/Richard H. Kyle
                                                            RICHARD H. KYLE
                                                            United States District Judge